**T. M. KIRKLAND et al., Appellants, v. UNITED STATES of America, Appellee.**

**No. 5787.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 17, 1930.

Richard E. Stillman, of Jacksonville, Fla., and Jon P. Knight, of Nashville, Ga., for appellants.

Chas. L. Redding, U. S. Atty., of Savannah, Ga.

Before BRYAN and FOSTER, Circuit Judges, and SIBLEY, District Judge.

PER CURIAM.

The judgment is affirmed.

---

**L. B. MUMAW, Appellant, v. UNITED STATES of America, Appellee.**

**No. 5951.**

Circuit Court of Appeals, Fifth Circuit.

Nov. 22, 1930.

Mike E. Smith, of Fort Worth, Tex. (Simpson, Collins & Moore, of Fort Worth, Tex., on the brief), for appellant.

Norman A. Dodge, U. S. Atty., and Morrow H. Boynton, Asst. U. S. Atty., both of Fort Worth, Tex.

Before BRYAN and FOSTER, Circuit Judges, and HUTCHESON, District Judge.

PER CURIAM.

The judgment is affirmed.

---

**Mrs. Nettie NASH et al., Appellants, v. R. P. DOROUGH, Trustee, Appellee.** *

**No. 6020.**

Circuit Court of Appeals, Fifth Circuit.

Nov. 24, 1930.

J. Q. Mahaffey and C. E. Bryson, both of Texarkana, Tex. (H. A. O'Neal and Ben A. Harper, both of Atlanta, Tex., and John J. King and J. I. Wheeler, both of Texarkana, Tex., on the brief), for appellants.

Elmer L. Lincoln and S. I. Robison, both of Texarkana, Tex., for appellee.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The decree is affirmed.